B6F (Official Form 6F) (12/07)

| In re | **Wilfred T. Azar, III,** | Case No. | **11-19693** |
| | **Melanie Carole Azar** | | |

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ACD Development, LLC**<br>**3000 Midlantic Drive**<br>**Suite 200**<br>**Mount Laurel, NJ 08054** | | J | **Business Partner/Member** | | | | 1.00 |
| Account No.<br><br>**American Express**<br>**P.O. Box 740640**<br>**Atlanta, GA 30374** | | W | **Credit Card Purchases** | | | | 1,200.00 |
| Account No.<br><br>**Andrew McDonald**<br>**11408 Foxtrot Court**<br>**Sparks Glencoe, MD 21152** | | J | **Bondholder of Empire Corporation no liability admitted** | | | | 0.00 |
| Account No.<br><br>**Andrew Poffel**<br>**7825 Chelsea Street**<br>**Towson, MD 21204** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | 0.00 |

| | | |
|---|---|---|
| __60__ continuation sheets attached | Subtotal<br>(Total of this page) | 1,201.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**
      **Melanie Carole Azar**

Case No. _____**11-19693**_____

Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Angela Depasquale** <br> **c/o Mark Gallo** <br> **517 Bayberry Drive** <br> **Severna Park, MD 21146** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Angela Horsey** <br> **517 Bayberry Drive** <br> **Severna Park, MD 21146** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Anthony & Tasia Cavas** <br> **547 Kinsdale Road** <br> **Lutherville Timonium, MD 21093** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Anthony Iannatuono** <br> **7014 Ruxford Road** <br> **Kingsville, MD 21087** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Bank Annapolis** <br> **1000 Bestgate Road** <br> **Suite 400** <br> **Annapolis, MD 21401** | | J | Credit Card Purchases | | | | 2,135.00 |

Sheet no. __1___ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,135.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**                                                              Case No. _____**11-19693**_____
       **Melanie Carole Azar**

_____,
                                          Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  Bank of America PO BOX 17054 Wilmington, DE 19884 | | W | | Credit Card Purchases | | | | 1,453.00 |
| Account No.  Bank of America PO BOX 17054 Wilmington, DE 19884 | | J | | Credit Card Purchases | | | | 14,324.00 |
| Account No.  Bank of America PO BOX 15026 Wilmington, DE 19850 | | H | | Credit Card Purchases | | | | 9,756.00 |
| Account No.  Bank of America PO BOX 15026 Wilmington, DE 19850 | | H | | Credit Card Purchases | | | | 10,295.00 |
| Account No.  Bank of America PO BOX 17054 Wilmington, DE 19884 | | H | | Credit Card Purchases | | | | 12,387.00 |

Sheet no. __2___ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     48,215.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**                                        Case No. ___**11-19693**___
      **Melanie Carole Azar**

_____,
               Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal Loan | | | | |
| **Bank of America** **PO BOX 45144** **Jacksonville, FL 32232-5144** | | J | | | | | 219,441.00 |
| Account No. | | | Representing: Bank of America | | | | |
| **Empire Corporation** **7310 Ritchie Highway** **Suite 306** **Glen Burnie, MD 21061** | | | | | | | **Notice Only** |
| Account No. | | | Personal Loan | | | | |
| **Bank of America, N.A.** **C/O Byron L. Huffman, Esq.** **PO BOX 369** **Columbia, MD 21045** | | H | | | | | 14,560.00 |
| Account No. | | | Personal Loan Guarentee | | | | |
| **Bank of Glen Burnie** **101 SE Crain Hwy** **Glen Burnie, MD 21061** | | J | | | | | 1,100,000.00 |
| Account No. | | | Contract | | | | |
| **BB&T Bank** **P.O. Box 580050** **Charlotte, NC 28258** | X | J | | | | | 500,000.00 |

Sheet no. __**3**___ of __**60**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,834,001.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**
     **Melanie Carole Azar**

Case No. **11-19693**

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BB&T Bank**<br>**P.O. Box 580050**<br>**Charlotte, NC 28258** | | H | Contract | | | | 375,000.00 |
| Account No.<br><br>**Bernard & Corrine Nusinov**<br>**6818 Marriottsville Road**<br>**Marriottsville, MD 21104** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Beth A. Nolan**<br>**7625 Locust grove Road**<br>**Glen Burnie, MD 21060** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Betty Brooks**<br>**7524 Harmans Road**<br>**Harmans, MD 21077** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Bilman Co. Inc**<br>**C/O Dave Kerrigan**<br>**7411A Lindbergh Drive**<br>**Gaithersburg, MD 20879** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. **4** of **60** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**375,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**
    **Melanie Carole Azar**

Case No.   **11-19693**

                                              Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Brenda L. Shawley <br> 336 4th Avenue North <br> Tierra Verde, FL 33715 | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Brian & Elizabeth Teipe <br> 437 Loblolly Way <br> Grasonville, MD 21638 | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Brightsie Stroud <br> 700 Carlisle Drive <br> Arnold, MD 21012 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Brunswick Corporation <br> Mercury Marine <br> PO BOX 1939 | | J | Judgment | | | | 5,000.00 |
| Account No. <br><br> Joel C. Richmond <br> Equitale Building Suite 522 <br> 10 N. Calvert Street <br> Baltimore, MD 21202-1898 | | | Representing: <br> Brunswick Corporation | | | | Notice Only |

| | | |
|---|---|---|
| Sheet no. __5__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**
     **Melanie Carole Azar**

Case No. _____**11-19693**_____

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Bryant Gillham <br> 103 N. Meadow Drive <br> Glen Burnie, MD 21061 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Burke & Bernice Watson <br> c/o Joy Ann Phillippi <br> 7970 Brown Bridge Road <br> Highland, MD 20777 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> C. Meade Baldwin <br> 1781 William Road <br> Millersville, MD 21108 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Cain Marital Trust <br> c/o Tom Cain <br> 15 East Seagull Road <br> Selbyville, DE 19975 | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Calvin & A. Lorraine Barrigar <br> 713 James Road <br> Glen Burnie, MD 21061 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**6**___ of __**60**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**                                   Case No.    **11-19693**
        **Melanie Carole Azar**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Carl Joseph Depasquale**<br>**4763 Kittiwake Court**<br>**Naples, FL 34119** | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Carl L. Hein III**<br>**314 Sarahrose Court**<br>**Severna Park, MD 21146** | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Carl L. Hein Jr.**<br>**1912 Hidden Point Road**<br>**Annapolis, MD 21401** | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Carolyn & Saralynn Trovinger**<br>**210 Yellow Brick Court**<br>**Abingdon, MD 21009** | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Carolyn Trovinger, custodian for**<br>**Ross Kenneth Trovinger**<br>**210 Yellow Brick Court**<br>**Abingdon, MD 21009** | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __7___ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**
　　　**Melanie Carole Azar**

Case No. ___**11-19693**_____

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Charles & Eleanora Maddox** **6104 Saddlehorn Avenue** **Sarasota, FL 34243** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Charles & Lorelle Lindeman** **1073 Torchwood Drive** **Deland, FL 32724** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Charles & Mary McGuire** **6418 s. Orchard Road** **Linthicum Heights, MD 21090** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Charles J. Resch III** **1010 Round Bay Road** **Crownsville, MD 21032** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Charles J. Resch III & Margaret Resch** **1010 Round Bay Road** **Crownsville, MD 21032** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**8**___ of __**60**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wilfred T. Azar, III,**   
  **Melanie Carole Azar**   
  
Case No. ____**11-19693**____

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charlynee Weston**<br>**4678 Frontenac Park Court**<br>**Fremont, CA 94538** | | J | | **Stockholder of Empire Corporation no liability admitted** | | | | 0.00 |
| Account No.<br><br>**Chase**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** | | H | | **Credit Card Purchases** | | | | 2,274.00 |
| Account No.<br><br>**Chase**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** | | J | | **Credit Card Purchases - Bank One** | | | | 14,050.00 |
| Account No.<br><br>**CNLBANCSHARES**<br>**450 S. Orange Avenue**<br>**Orlando, FL 32801** | X | J | | **Foreclosure Sarasota Property** | | | | 811,650.00 |
| Account No.<br><br>**CNL Bank**<br>**P.O. Box 4971**<br>**Orlando, FL 32802** | | | | **Representing:**<br>**CNLBANCSHARES** | | | | **Notice Only** |

Sheet no. __**9**__ of __**60**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)

**827,974.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**               Case No. ___**11-19693**___
     **Melanie Carole Azar**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Colleen Ann Smardon**<br>**4681 Dapple Court**<br>**Ellicott City, MD 21043** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | 0.00 |
| Account No.<br><br>**Constantine J. Padussis**<br>**684 Wellerburn Avenue**<br>**Severna Park, MD 21146** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | 0.00 |
| Account No.<br><br>**Constantine J. Padussis custodian for**<br>**James Constantine Padussis**<br>**684 Wellerburn Road**<br>**Severna Park, MD 21146** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | 0.00 |
| Account No.<br><br>**Daniel J. Mathias**<br>**1918 Thomas Drive**<br>**Annapolis, MD 21401** | X | H | **Contract** | | | | 100,000.00 |
| Account No.<br><br>**Edward W. Brady, Esq.**<br>**Fratus Brady, LLC**<br>**721 Melvin Avenue**<br>**Annapolis, MD 21401** | | | **Representing:**<br>**Daniel J. Mathias** | | | | **Notice Only** |

Sheet no. __**10**__ of __**60**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page) | **100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**　　　　　　　　　　　　　Case No. ___**11-19693**___
　　　　**Melanie Carole Azar**

_____,
　　　　　　　　　　　　　　　Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lawrence J. Cate** <br> **968 St. John Drive** <br> **Annapolis, MD 21401** | | | | **Representing:** <br> **Daniel J. Mathias** | | | | **Notice Only** |
| Account No. <br><br> **David & Kimberly Azar** <br> **117 Grason vista Drive** <br> **Queenstown, MD 21658** | | J | | **Stockholder of Empire Corporation no liability admitted** | | | | **0.00** |
| Account No. <br><br> **David & Kimberly Azar** <br> **117 Grason vista Drive** <br> **Queenstown, MD 21658** | | J | | **Business Partners/Members** | | | | **1.00** |
| Account No. <br><br> **David and Madeleine Peltz** <br> **1648 Foolish Pleasure Court** <br> **Annapolis, MD 21409** | | J | | **Bondholder of Empire Corporation no liability admitted** | | | | **0.00** |
| Account No. <br><br> **David Azar custodian for** <br> **Amanda Jane Azar** <br> **117 Grason vista Drive** <br> **Queenstown, MD 21658** | | J | | **Stockholder of Empire Corporation no liability admitted** | | | | **0.00** |

Sheet no. __**11**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　**1.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**
　　　**Melanie Carole Azar**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，

Case No. ___**11-19693**___

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **David P. Clifford 121 Berrywood Drive Severna Park, MD 21146** | X | H | **Contract/Judgment** | | | | **1,575,000.00** |
| Account No. **Stanley J. Klos, Jr., Esq. Klos, Lourie & Leahy, P.A. 2007 Tidewater Colony Drive #2B Annapolis, MD 21401** | | | **Representing: David P. Clifford** | | | | **Notice Only** |
| Account No. **Dawn M. Goad 126 Cedar Hill Road Brooklyn, MD 21225** | | J | **Bondholder of Empire Corporation no liability admitted** | | | | **0.00** |
| Account No. **DB McIntyre & MP Stasiowski, M.D.'s Profit Sharing Plan 1633 S. Pleasant Valley Road Westminster, MD 21158** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | **0.00** |
| Account No. **Dengler Childrens Trust Diane M. McCue, Trustee 6803 Roberts Avenue Baltimore, MD 21222** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | **0.00** |

Sheet no. __**12**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **1,575,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**    Case No. **11-19693**
**Melanie Carole Azar**

_____,
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Dennis & Pamela buchman 10 Hambleton Court Baltimore, MD 21208 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Dennis & Pamela buchman trustees for Linday A. buchman 10 Hableton Court Baltimore, MD 21208 | | J | | | | | | 0.00 |
| Account No. | | | | Unemployment Insurance | | | | |
| Dept. of Labor, Licensing & Regulation Division of Unemployment Insurane P.O. Box 1844 Baltimore, MD 21203 | | H | | | | | | 1,571.67 |
| Account No. | | | | Credit Card Purchases | | | | |
| Discover Financial Services P.O. Box 15316 Wilmington, DE 19850 | | J | | | | | | 4,846.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Dolores Buttion PO BOX 54 Bozman, MD 21612 | | J | | | | | | 0.00 |

Sheet no. **13** of **60** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,417.67

B6F (Official Form 6F) (12/07) - Cont.

In re     **Wilfred T. Azar, III,**                      Case No.     **11-19693**
           **Melanie Carole Azar**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Donald & Helen Kennedy <br> 888 Willys Drive <br> Arnold, MD 21012 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Donald & Susan Wenrich <br> 5006 S. 173rd Circle <br> Omaha, NE 68135 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Donald F. Mahaney <br> 1354 Sweet Pea Path <br> Crownsville, MD 21032 | | J | | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Donald Reed <br> 128 Gambrills Road <br> Severn, MD 21144 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Donna Jean Hennessey <br> 620 rolling Dale Road <br> Annapolis, MD 21401 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __14__ of __60__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**                Case No.    **11-19693**
       **Melanie Carole Azar**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Donna L. Baldwin custodian for Anne Marie Baldwin 1278 Robert Road Crownsville, MD 21032 | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Donna L. Baldwin custodian for Daniel E. Baldwin 1278 Robert Road Crownsville, MD 21032 | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Donna L. Baldwin custodian for David L. Baldwin 1278 Robert Road Crownsville, MD 21032 | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Donna L. Baldwin custodian for John a.Baldwin 1278 Robert Road Crownsville, MD 21032 | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Donna L. Baldwin custodian for Mark F.Baldwin 1278 Robert Road Crownsville, MD 21032 | | J | | | | | 0.00 |

Sheet no. __15__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**                                               Case No. ____**11-19693**_____
        **Melanie Carole Azar**

_____ ,
                          Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Donna L. Baldwin custodian for Robert C. Baldwin Jr.<br>1278 Robert Road<br>Crownsville, MD 21032** | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br>**Donna L. Baldwin custodian for Steven E. Baldwin<br>1278 Robert Road<br>Crownsville, MD 21032** | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br>**Dorothy L. Hein<br>1912 Hidden Point Road<br>Annapolis, MD 21401** | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br>**Dorothy Teipe<br>5009 Tulip Avenue<br>Relay, MD 21227** | | J | | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br>**Douglas & Marjorie Smith<br>1750 Aynsley Way<br>Vero Beach, FL 32966** | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**16**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**　　　　　　　　　　　　Case No. _____**11-19693**_____
**Melanie Carole Azar**

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Dr. G.S. Linsao 302 Hammonds Ferry Road Linthicum Heights, MD 21090 | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Earle L. Nash 623 Pailet Avenue Harvey, LA 70058 | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Earle S. Nash 106 Tower Drive Stevensville, MD 21666 | | J | | | | | 0.00 |
| Account No. | | | Bondholder of Empire Corporation no liability admitted | | | | |
| Edward & Sara Bromble 615 Old Stage Road Glen Burnie, MD 21061 | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Edward & Victoria Pitsinger 3701 Greenvale Road Baltimore, MD 21229 | | J | | | | | 0.00 |

Sheet no. __**17**__ of __**60**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wilfred T. Azar, III,**                                    Case No. ___**11-19693**_____
     **Melanie Carole Azar**

                                            Debtors                                   ,

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Edward Watson <br> 1803 Falstaff Court <br> Bel Air, MD 21015 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Elizabeth, Richard, & Deitra Wengert <br> 113 Fourth Avenue SE <br> Glen Burnie, MD 21061 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Elsie L. Woelper, custodian for <br> Lisa Ann Woelper <br> 5153 Mountain Road <br> Pasadena, MD 21122 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Elsie L. Woelper, custodian for <br> Mark Joseph Woelper <br> 5153 Mountain Road <br> Pasadena, MD 21122 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Empire Investments, LLC <br> 7310 Ritchie Hwy <br> Suite 306 <br> Glen Burnie, MD 21061 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Sheet no. __18__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wilfred T. Azar, III,**                               Case No.   **11-19693**
        **Melanie Carole Azar**

                                   Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ernest & Jeannine Summers**<br>**10 Linda Lane**<br>**Millersville, MD 21108** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Evelyn Weiss**<br>**2434 Still Forest Road**<br>**Baltimore, MD 21208** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Everett & Mary Ann Barton**<br>**1408 F Joppa Forest Drive**<br>**Joppa, MD 21085** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Evon Azar**<br>**2017 Poppywood Avenue**<br>**Henderson, NV 89012** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Fouad Abbas**<br>**1602 Greenspring Avenue**<br>**Lutherville Timonium, MD 21093** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. **19** of **60** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal               **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**
       **Melanie Carole Azar**

Case No. ___**11-19693**___

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Frances B. Holt 200 Lisa Lane Glen Burnie, MD 21060 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Frances Del Buono 714 Providence Road Towson, MD 21286 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Frances Mackabee 5200 Florida Bay Boynton Beach, FL 33436 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Fred A. Weiss, custodian for Frederick Christian Weiss 1148 Gypsy Lane East Towson, MD 21204 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Freda Singer-Gimpel 1231 Lincoln Street Hollywood, FL 33019 | | J | | | | | | 0.00 |

Sheet no. __**20**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wilfred T. Azar, III,**                                    Case No. ____**11-19693**____
         **Melanie Carole Azar**

_____,
                                    Debtors
# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Jugment/Contract | | | | |
| **G. Scott Griffin** **10 Pine Manor Drive** **Annapolis, MD 21403** | X | H | | | | | **582,500.00** |
| Account No. | | | Representing: **G. Scott Griffin** | | | | |
| **Alan W. Bernstein, Esq.** **Bernstein & Feldman, P.A.** **900 Bestgate Road** **Suite 200** **Owings Mills, MD 21117** | | | | | | | **Notice Only** |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| **Gary & Greg Greco** **712 Baylor Road** **Glen Burnie, MD 21061** | | J | | | | | **0.00** |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| **Gary L. Holt** **14 Margaret Drive** **Pasadena, MD 21122** | | J | | | | | **0.00** |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| **Gary Prevatt** **1405 Wooden Branch Court** **Bel Air, MD 21014** | | J | | | | | **0.00** |

Sheet no. __**21**__ of __**60**__ sheets attached to Schedule of                Subtotal            **582,500.00**
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wilfred T. Azar, III,**
         **Melanie Carole Azar**

Case No. _____**11-19693**_____

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> George & Lavell Rountree <br> Route 1 <br> Rentz, GA 31075 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> George Coutros <br> 4118 Fourth Street <br> Brooklyn, MD 21225 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> George Etzel <br> 309 Bowline court <br> Severna Park, MD 21146 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> George H. Saltz III <br> 1734 Q Street NW <br> Apt. #1 <br> Washington, DC 20009 | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> George McNamara <br> 180 Heyers Mill Road <br> Colts Neck, NJ 07722 | | H | Business Partner/Member | | | | 1.00 |

Sheet no. __**22**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**　　　　　　　　　　　　　Case No. ___**11-19693**___
　　　　**Melanie Carole Azar**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gerald Sears**<br>**784 Ficus Drive**<br>**Columbus, OH 43085** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Gilbert & Doris Saunders**<br>**414 Cleveland Road**<br>**Linthicum Heights, MD 21090** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Giordano Fund**<br>**c/o Joe Giordano**<br>**2530 Riva Rd.**<br>**Suite 312**<br>**Annapolis, MD 21401** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Great American Life Insurance Company**<br>**Bay Bridge Marina**<br>**357 Pier One Road**<br>**Stevensville, MD 21666** | | J | Contract/Judgment | | | | 23,586.00 |
| Account No.<br><br>**Stephen F. White, Esq.**<br>**100 N. Charles Street**<br>**Floor 16**<br>**Baltimore, MD 21201** | | | Representing:<br>**Great American Life Insurance Company** | | | | **Notice Only** |

Sheet no. __**23**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**23,586.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**
    **Melanie Carole Azar**
_____ ,
                    Debtors

Case No. ___**11-19693**_____

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gregory Krause <br> PO BOX 3304 <br> Annapolis, MD 21403 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> GSMS 2005-GG4 Elkridge Office, LLC <br> Ballard Spahr, LLP <br> 919 North Market Street <br> 11th Floor <br> Wilmington, DE 19801 | | H | | Personal Loan | | | | 5,500.00 |
| Account No. <br><br> Harold & Catherine Shriver <br> 11130 Baker Road <br> Keymar, MD 21757 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Harry & Hilda McDonaldson <br> 18402 95th Avenue <br> Sun City, AZ 85373 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Hein Bros. Inc. <br> Profit Sharing Plan <br> PO BOX 666 <br> Glen Burnie, MD 21061 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**24**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**                             Case No.   **11-19693**

      **Melanie Carole Azar**

                                         Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Henry & Bettye Grantham 724 James Road Glen Burnie, MD 21061 | | J | | | | | | | 0.00 |
| Account No. | | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Herta Weiss 1148 Gypsy Lane East Towson, MD 21204 | | J | | | | | | | 0.00 |
| Account No. | | | | | Credit Card Purchases | | | | |
| Home Depot Credit Services PO BOX 183175 Columbus, OH 43218-3175 | | H | | | | | | | 19,781.00 |
| Account No. | | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Hope Ann Meads 306 Ringold Valley Circle Cockeysville, MD 21030 | | J | | | | | | | 0.00 |
| Account No. | | | | | Bondholder of Empire Corporation no liability admitted | | | | |
| Howard Hopkins 10505 Cedarville Road Lot 1-4 Brandywine, MD 20613 | | J | | | | | | | 0.00 |

Sheet no. __25__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
             (Total of this page)       **19,781.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**
　　　**Melanie Carole Azar**
　　　　　　　　　　　　　　　　　　　　　　　　　　　, 　　　　Case No. ___**11-19693**_____

Debtors

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Howard J. Kline**<br>**12929 Long Green Pike**<br>**Hydes, MD 21082** | | H | **Personal Loan** | | | | **500,000.00** |
| Account No.<br><br>**HRSI C/E**<br>**PO BOX 5253**<br>**Carol Stream, IL 60197** | | H | **Credit Card Purchases** | | | | **6,589.00** |
| Account No.<br><br>**HSBC**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** | | | **Representing:**<br>**HRSI C/E** | | | | **Notice Only** |
| Account No.<br><br>**Israel & Adela Gruzin**<br>**6501 Deancroft Road**<br>**Baltimore, MD 21209** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | **0.00** |
| Account No.<br><br>**J. Kevin Drake, P.A.**<br>**1432 First Street**<br>**Sarasota, FL 34236** | | H | **Services Rendered** | | | | **1,438.00** |

Sheet no. __**26**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **508,027.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wilfred T. Azar, III,**              Case No.   **11-19693**
        **Melanie Carole Azar**

_____,
                        Debtors
# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jacqueline & Howard Laskey <br> 167 Sandyhook road <br> Berlin, MD 21811 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> James & Dale Elling <br> 1612 Ebbotts Place <br> Crofton, MD 21114 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> James Millikan & Elsa Verrill <br> 1315 Broad Street <br> New Castle, IN 47362 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> James Reid <br> 20 Thompson Court <br> Annapolis, MD 21401 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> James Walker <br> 305 Love Point Road <br> Stevensville, MD 21666 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __27__ of __60__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wilfred T. Azar, III,**                                    Case No. _____**11-19693**_____
        **Melanie Carole Azar**

_____,
                        Debtors
## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jane Carr** <br> **204 Severn River Road** <br> **Severna Park, MD 21146** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Janice Doyle** <br> **345 Steedman Point** <br> **Pasadena, MD 21122** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Janice Weston Klein & John Weston** <br> **4678 Frontenac Park Court** <br> **Fremont, CA 94538** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Jean Singer** <br> **3800 Hillcrest Drive** <br> **Apt. 421** <br> **Hollywood, FL 33021** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Jeffrey & Diane Druek** <br> **4 Sunset Avenue** <br> **East Quogue, NY 11942** | | J | Business Partner/Member | | | | 1.00 |

Sheet no. __**28**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **Wilfred T. Azar, III,**
            **Melanie Carole Azar**
                                   Debtors           ,                         Case No.    **11-19693**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Partner/Member | | | | |
| Jerald R. Cureton & Joni Powell 110 Carriage House Lane Riverton, NJ 08077 | | J | | | | | | 1.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Jo Anne Hoffman 231 Mill Church Road Arnold, MD 21012 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Joe Lane Jacobs & Betty Jacobs 1422 Crain Highway South Glen Burnie, MD 21061 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| John & Doris Ryder 485 Maple Road Severna Park, MD 21146 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| John & Linda Maktos 1005 Old columbia Road Suite M150 Columbia, MD 21046 | | J | | | | | | 0.00 |

Sheet no. __29__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wilfred T. Azar, III,**                          Case No.     **11-19693**
        **Melanie Carole Azar**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> John Charles & Mary Katherine Schilling <br> 902 West Lane <br> Milford, DE 19963 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> John F. Dietz <br> 211 Willow Valley Square <br> Apt. B-209 <br> Lancaster, PA 17602 | | J | | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> John Mackley <br> PO BOX 194 <br> Severna Park, MD 21146 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> John Marshall Reid <br> 2200 Monkton road <br> Monkton, MD 21111 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> John T. & Ruth A. Baldwin <br> One Church View Road <br> Millersville, MD 21108 | X | H | | Contract/Judgment | | | | 76,590.00 |

Sheet no. __30__ of __60__ sheets attached to Schedule of            Subtotal        | 76,590.00
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**    Case No. __**11-19693**__
      **Melanie Carole Azar**

_____,
                    Debtors
# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Daniel J. Mellin, Esq. Hillman, Brown & Darrow, P.A. 221 Duke of Gloucester Street Annapolis, MD 21401** | | | | **Representing: John T. & Ruth A. Baldwin** | | | | **Notice Only** |
| Account No. | | | | **Stockholder of Empire Corporation no liability admitted** | | | | |
| **Johnny & Mary Grindstaff 229 Ft. Howell Drive Hilton Head Island, SC 29926** | | J | | | | | | **0.00** |
| Account No. | | | | **Stockholder of Empire Corporation no liability admitted** | | | | |
| **Jose & Myrtle Ronquillo 244 Jean Wells Drive Goose Creek, SC 29445** | | J | | | | | | **0.00** |
| Account No. | | | | **Stockholder of Empire Corporation no liability admitted** | | | | |
| **Joseph & Beatrice Wilner 8412 charlton Road Randallstown, MD 21133** | | J | | | | | | **0.00** |
| Account No. | | | | **Stockholder of Empire Corporation no liability admitted** | | | | |
| **Joseph & Cathleen anthony 1215 Farmview Road Pasadena, MD 21122** | | J | | | | | | **0.00** |

Sheet no. __**31**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**
       **Melanie Carole Azar**
       _____,    Case No. ___**11-19693**_____

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Joseph & Jean Singer 3800 Hillcrest Drive Apt 421 Hollywood, FL 33021 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Joseph King Meads Jr. 8617 richmond circle Parkville, MD 21234 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Joseph Singer 3800 Hillcrest Drive Apt. 421 Hollywood, FL 33021 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Joyce Mackley PO BOX 194 Severna Park, MD 21146 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Joyce Mackley & Sharon Pumphrey 508 Center Drive Severna Park, MD 21146 | | J | | | | | | 0.00 |

Sheet no. __**32**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**                                                    Case No. ___**11-19693**_____
**Melanie Carole Azar**
_____,
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **June Charlotte Hock 738 Pine Trail Arnold, MD 21012** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Kampmann Family Trust c/o Mel Kampmann 4 Gary Avenue Rehoboth Beach, DE 19971** | | J | | | | | 0.00 |
| Account No. **Karen Musselman 734 Lake Path Crownsville, MD 21032** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Kathleen Klepacki 141 North Lake Drive Stevensville, MD 21666** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Kenneth Bohdal 563 Broadwater Road Arnold, MD 21012** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**33**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**
      **Melanie Carole Azar**

Case No. ___**11-19693**___

Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kenneth Gale & Isabelle Miller** <br> **1325 Branchland Drive** <br> **Apt. M** <br> **Charlottesville, VA 22901** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Kevin Butler** <br> **8070 Wolsey Court** <br> **Pasadena, MD 21122** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Key Bank** <br> **4900 Tiedman Road** <br> **Cleveland, OH 44144** | | J | Loan | | | | 1,750,000.00 |
| Account No. <br><br> **Peter S. Russ** <br> **One Oxford Centre** <br> **301 Grant Street, 20th Floor** <br> **Pittsburgh, PA 15219-1410** | | | Representing: <br> Key Bank | | | | Notice Only |
| Account No. <br><br> **Legg Mason Wood Walker, Inc.** <br> **PO BOX 1476** <br> **Baltimore, MD 21203** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**34**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,750,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**
     **Melanie Carole Azar**

Case No. _____**11-19693**_____

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Leo & Lysbeth Courtney** <br> **690 Twekesbury Lane** <br> **Severna Park, MD 21146** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Leon & Judith Nahmias** <br> **166-48 25th Avenue** <br> **Whitestone, NY 11357** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Leon Nahmias** <br> **166-48 25th Avenue** <br> **Whitestone, NY 11357** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Leroy & SarahPrevatt** <br> **3436 Yardley Drive** <br> **Dundalk, MD 21222** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Leroy Taylor** <br> **PO BOX 710** <br> **Glen Burnie, MD 21061** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**35**__ of __**60**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**
      **Melanie Carole Azar**

Case No. _____**11-19693**_____

_____,
                                    Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | ? | | | | |
| **Liberty Surety First** **9450 Seward Road** **Fairfield, OH 45014** | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| **Linda & Sean Funderburk** **108 Silverloch court** **Millersville, MD 21108** | | J | | | | | 0.00 |
| Account No. | | | Bondholder of Empire Corporation no liability admitted | | | | |
| **Linda Dugan** **4 Hidden Lake court** **Berlin, MD 21811** | | J | | | | | 0.00 |
| Account No. | | | Bondholder of Empire Corporation no liability admitted | | | | |
| **Linell Gold** **3410 Woodvalley Drive** **Pikesville, MD 21208** | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| **Louis & Lee Wilner** **10314 Cascades Run Court** **Owings Mills, MD 21117** | | J | | | | | 0.00 |

Sheet no. __**36**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**　　　　　　　　　　Case No. ___**11-19693**___
　　　**Melanie Carole Azar**

　　　　　　　　　　　　　　　　　　　　Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Madeline C. McGurk Trust<br>c/o Michael B. McGurk Sr.<br>15 Sonneborn Lane<br>Severna Park, MD 21146 | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>Marie Johnson<br>126 Cedar Hill Road<br>Brooklyn, MD 21225 | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>Marion H. Holt<br>200 Lisa Lane<br>Glen Burnie, MD 21060 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>Marion H. Holt, Jr<br>PO BOX 319<br>Millersville, MD 21108 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>Mark & Angela Gallo<br>550 Ritchie Hwy. #M<br>Severna Park, MD 21146 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. _**37**_ of _**60**_ sheets attached to Schedule of　　　　　Subtotal　　0.00
Creditors Holding Unsecured Nonpriority Claims　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wilfred T. Azar, III,**          Case No.    **11-19693**
        **Melanie Carole Azar**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mark Etzel<br>753 Trenton Avenue<br>Severna Park, MD 21146** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Marsha & Robert Kermish<br>126 Ready Road<br>Walnut Creek, CA 94598** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Martin Vogelhut<br>The Residences at the Colonnade<br>3801 Canterbury Road<br>Suite 409<br>Baltimore, MD 21218** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Mary Frances Sherman, custodian for<br>Mary Elizabeth Sherman<br>114 Azar Acres Lane<br>Queenstown, MD 21658** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Mary Rose Hoffman<br>231 Mill Church Road<br>Arnold, MD 21012** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __38__ of __60__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wilfred T. Azar, III,**
         **Melanie Carole Azar**

Case No. _____**11-19693**_____

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract | | | | |
| **Meade & Carolyn Baldwin One Church View Road Millersville, MD 21108** | X | H | | | | | **100,000.00** |
| Account No. | | | Representing: **Meade & Carolyn Baldwin** | | | | |
| **Daniel J. Mellin, Esq. Hillman, Brown & Darrow, P.A. 221 Duke of Gloucester Street Annapolis, MD 21401** | | | | | | | **Notice Only** |
| Account No. | | | Bondholder of Empire Corporation no liability admitted | | | | |
| **Melenize Graves 756 Siesta Key Circle Sarasota, FL 34242** | | J | | | | | **0.00** |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| **Merrill Long, Jr. PO BOX 409 North Waterboro, ME 04061** | | J | | | | | **0.00** |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| **Michael & Joan Stipetic 20 Cusack Road #30 Hampton, NH 03842** | | J | | | | | **0.00** |

Sheet no. __**39**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**      Case No. ___**11-19693**___
 **Melanie Carole Azar**

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.  Michael & Margaret Fedor 9563 Forest Hills Circle Sarasota, FL 34238 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.  Michael B. McGurk, Jr. Trust c/o Michael B. McGurk Sr. 15 Sonneborn Lane Severna Park, MD 21146 | | J | | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.  Michael Erin Busch 951 Wind Whisper Lane Annapolis, MD 21403 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.  Michael Sutherland 627 Ponte Villas South Baltimore, MD 21230 | | J | | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.  Michele L. Maloney 3438 Old Crown Drive Pasadena, MD 21122 | | J | | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**40**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wilfred T. Azar, III,**
       **Melanie Carole Azar**

Case No.    **11-19693**

                        Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Milton Watkowski** <br> **390 North Drive** <br> **Severna Park, MD 21146** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Mirar Harting** <br> **218 N. Charles Street** <br> **Apt. #2103** <br> **Baltimore, MD 21201** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Murat M. Dorkan** <br> **646 Oak Farm Court** <br> **Lutherville Timonium, MD 21093** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Murat M. Dorkan** <br> **646 Oak Farm Court** <br> **Lutherville Timonium, MD 21093** | | J | Business Partner/Member | | | | 1.00 |
| Account No. <br><br> **Nadine Rogers** <br> **5218 Kerger Road** <br> **Ellicott City, MD 21043** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. **41** of **60** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**                        Case No.    **11-19693**
      **Melanie Carole Azar**

                                           Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Norman & Sondra Benney**<br>**7 Rises Court**<br>**Cockeysville, MD 21030** | | J | **Bondholder of Empire Corporation no liability admitted** | | | | 0.00 |
| Account No. <br><br>**Northwest Savings Bank**<br>**100 Liberty St.**<br>**PO BOX 788**<br>**Warren, PA 16365** | | J | **Credit Card Purchases** | | | | 4,612.00 |
| Account No. <br><br>**Offshore Performance, LLC**<br>**225 Hess Road**<br>**Grasonville, MD 21638** | X | H | **Contract/Judgment** | | | | 165,000.00 |
| Account No. <br><br>**Christopher F. Drummond, Esq.**<br>**119 Lawyers Row**<br>**Centreville, MD 21617** | | | **Representing:**<br>**Offshore Performance, LLC** | | | | Notice Only |
| Account No. <br><br>**Orville & Dorothy Ekanger**<br>**1002 Tarpley Court**<br>**Ellicott City, MD 21042** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | 0.00 |

Sheet no. __42__ of __60__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)     **169,612.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**                                              Case No. _____**11-19693**_____
         **Melanie Carole Azar**

_____,
                                   Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Paige Davis** <br> **7310 Ritchie Hwy.** <br> **Suite 800** <br> **Glen Burnie, MD 21061** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Patricia Padussis** <br> **684 Wellerburn Avenue** <br> **Severna Park, MD 21146** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Patricia Vacendak** <br> **66 Stonewall Way** <br> **Durham, NC 27704** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Paul Chamberlin** <br> **414 Ellis Lane** <br> **Bel Air, MD 21014** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> **Paul Thieberger** <br> **5201 Easton Drive** <br> **Springfield, VA 22151** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**43**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wilfred T. Azar, III,**
      **Melanie Carole Azar**
                                ,

Case No.    **11-19693**

                        Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pepper Hamilton, LLP** <br> **3000 Two Logan Square** <br> **Philadelphia, PA 19103** | | H | **Services Rendered** | | | | **5,500.00** |
| Account No. <br><br> **Philip Nicolosi** <br> **PO BOX 1261** <br> **Long Key, FL 33001** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | **0.00** |
| Account No. <br><br> **Philip Patz** <br> **1418 Belvedere Street** <br> **Baltimore, MD 21202** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | **0.00** |
| Account No. <br><br> **Phyllis Wenczkowski** <br> **960 Fell Street** <br> **Unit 615** <br> **Baltimore, MD 21231** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | **0.00** |
| Account No. <br><br> **Phyllis Williams** <br> **965 Indian Landing Road** <br> **Millersville, MD 21108** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | **0.00** |

Sheet no. __**44**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**　　　　　　　　　　　　　　　Case No. ___**11-19693**___
　　　　**Melanie Carole Azar**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pumpelly Capital Investments, Inc.**<br>**8214 Lazy Point Lane**<br>**Lorton, VA 22079** | | H | **Personal Guaranty** | | | | 1,500,000.00 |
| Account No.<br><br>**Quaterfield-100, LLC**<br>**2661 Riva Road**<br>**Suite 220**<br>**Annapolis, MD 21401** | | J | **Personal Loan** | | | | 154,115.00 |
| Account No.<br><br>**Ralph & Brenda Henry**<br>**12697 Folly Quarter Road**<br>**Ellicott City, MD 21043** | | J | **Stockholder of Empire Corporation no liability admitted** | | | | 0.00 |
| Account No.<br><br>**Randall L. Van Allen**<br>**46683 Cavendish Square**<br>**Potomac Falls, VA 20165** | | J | **Bondholder of Empire Corporation no liability admitted** | | | | 0.00 |
| Account No.<br><br>**Raymond James & Associates**<br>**880 Carillon Pkwy**<br>**PO BOXD 12749**<br>**Saint Petersburg, FL 33733** | | J | **Bondholder of Empire Corporation no liability admitted** | | | | 0.00 |

Sheet no. __**45**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**1,654,115.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**
         **Melanie Carole Azar**

Case No. ___**11-19693**___

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| RBC Dain Rauscher, Inc. 510 Marquette Avenue South PO BOX 1510 Minneapolis, MN 55402 | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Richard & Deitra Wengert 113 Fourth Avenue SE Glen Burnie, MD 21061 | | J | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Richard & Elizabeth Lazenby 2033 Homewood Road Annapolis, MD 21402 | | J | | | | | 0.00 |
| Account No. | | | Business Partner/Member | | | | |
| Richard Basciano c/o 303 West 42nd Street Realty Company 300 West 43rd Street Suite 400 New York, NY 10036 | | J | | | | | 1.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Richard Krause PO BOX 3304 Annapolis, MD 21403 | | J | | | | | 0.00 |

Sheet no. __**46**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wilfred T. Azar, III,**                            Case No.   **11-19693**
      **Melanie Carole Azar**

                                       Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Richard Lee Greenberg**<br>**5616 Preston Oaks Road #1108**<br>**Dallas, TX 75254** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Richard Reid**<br>**329 Dixies Drive**<br>**Towson, MD 21204** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Richard W. Roth Jr. & Megan Q.Roth**<br>**41 Henry Avenue**<br>**Nottingham, MD 21236** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Rick & Mary Aydlett**<br>**2932 Vanencia Terrace**<br>**Charlotte, NC 28226** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Rihcard, Elizabeth, & Richard Jr Wengert**<br>**113 Fourth Avenue SE**<br>**Glen Burnie, MD 21061** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. **47** of **60** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wilfred T. Azar, III,**                  Case No.    **11-19693**
         **Melanie Carole Azar**

Debtors

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rita Pumphrey, custodian for Jeffrey Pumphrey Jr. 7930 Wooded Glen Court Pasadena, MD 21122** | | J | Stockholder of Empire Corporation no liability admitted | | | | <br><br> 0.00 |
| Account No. <br><br> **Robert & Frances Fiehn 877 Doris Drive Arnold, MD 21012** | | J | Stockholder of Empire Corporation no liability admitted | | | | <br><br> 0.00 |
| Account No. <br><br> **Robert & Mary Ann Specht 1804 Smizer Mill Road Fenton, MO 63026** | | J | Stockholder of Empire Corporation no liability admitted | | | | <br><br> 0.00 |
| Account No. <br><br> **Robert & Mildred Bowers 412 Marley Station Road Glen Burnie, MD 21060** | | J | Stockholder of Empire Corporation no liability admitted | | | | <br><br> 0.00 |
| Account No. <br><br> **Robert C. Baldwin 1278 Robert Road Crownsville, MD 21032** | | J | Stockholder of Empire Corporation no liability admitted | | | | <br><br> 0.00 |

Sheet no. __48__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**           Case No.    **11-19693**
     **Melanie Carole Azar**

                                      Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Robert Donovan <br> PO BOX 27701 <br> Baltimore, MD 21285 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Robert J. Hoelscher <br> McCarter & English, LLP <br> BNY Mellon Center <br> 1735 Market Street Suite 700 <br> Philadelphia, PA 19103 | X | J | Loan from Wells Fargo Bank | | | | 183,333.00 |
| Account No. <br><br> Robert Krause <br> PO BOX 3304 <br> Annapolis, MD 21403 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Rodney B. Holt <br> 116 Roesler Road <br> Glen Burnie, MD 21060 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. <br><br> Roland & Donna Woelper Jr. <br> 527 Sylvan Way <br> Pasadena, MD 21122 | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. **49** of **60** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
             (Total of this page)       **183,333.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wilfred T. Azar, III,**
      **Melanie Carole Azar**

Case No. _____**11-19693**_____

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Roland & Elsie L. Woelper 5153 Mountain Road Pasadena, MD 21122 | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Ronald Pitsinger 356 Gatewater Court Apt. 101 Glen Burnie, MD 21060 | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Ronald Raymond Dermota, Sr. 106 Broadview Boulevard N. Glen Burnie, MD 21061 | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Rose Flory PO BOX 3304 Annapolis, MD 21403 | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Rose Padussis 1906 Hidden Point Road Annapolis, MD 21401 | | J | | | | | |
| | | | | | | | 0.00 |

Sheet no. __**50**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**          Case No. ___**11-19693**___
      **Melanie Carole Azar**

_____,
                      Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Rose Padussis & Lanelle Fisher, custodians for Louis Gregory Fisher 205 Kathleen Avenue Severna Park, MD 21146** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Roy & Naomi Staup 6 Senate Drive Pasadena, MD 21122** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Roy Max Clark 207 Waxhow Drive Durham, NC 27712** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Ruth E. Klohr 10100 Hillview Rd. Apt. 201 Pensacola, FL 32514** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **S&F, LLC 2213 Cavesdale Road Owings Mills, MD 21117** | X | J | Contract/Judgment | | | | 200,000.00 |

Sheet no. __**51**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 200,000.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**            Case No. ___**11-19693**___
    **Melanie Carole Azar**

_____,
                    Debtors
## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Frederick Mackler 2213 Cavesdale Road Owings Mills, MD 21117 | | | | Representing: S&F, LLC | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Melvyn J. Weinstock, Esq. Weinstock, Freidman & Freidman, P.A. 4 Reservoir Circle Pikesville, MD 21208 | | | | Representing: S&F, LLC | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Stephen Mackler 2213 Cavesdale Road Owings Mills, MD 21117 | | | | Representing: S&F, LLC | | | | **Notice Only** |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Sam & Salvatore Miraglia 3001 Acton Road Parkville, MD 21234 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Samuel Adams 1229 silverthorne Road Baltimore, MD 21239 | | J | | | | | | 0.00 |

Sheet no. __**52**__ of __**60**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wilfred T. Azar, III,**
      **Melanie Carole Azar**

Case No. ___**11-19693**_____

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sandra Bromble & Anita McCurley**<br>**304 Charter Oak Avenue**<br>**Baltimore, MD 21212** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Sarah Vogelhut**<br>**The Residences at the Colonnade**<br>**3801 Canterbury Road**<br>**Suite 409**<br>**Baltimore, MD 21218** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Shannon & Lori Smith**<br>**302 Whistling Swan Way**<br>**Queenstown, MD 21658** | | J | Business Partners/Members | | | | 1.00 |
| Account No.<br><br>**Sharon Pumphrey**<br>**PO BOX 194**<br>**Severna Park, MD 21146** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No.<br><br>**Sharyn Singer**<br>**167B Coggeshall Avenue**<br>**Newport, RI 02840** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**53**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**
**Melanie Carole Azar**

Case No. **11-19693**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Bondholder of Empire Corporation no liability admitted | | | | |
| Sheryl L. Powers 11831 Sherbourne Drive Lutherville Timonium, MD 21093 | | J | | | | | | 0.00 |
| Account No. | | | | Contract | | | | |
| St. John Properties, Inc. 2560 Lord Baltimore Drive Windsor Mill, MD 21244 | X | J | | | | | | 500,000.00 |
| Account No. | | | | Representing: St. John Properties, Inc. | | | | |
| Robert L. Hanley, Jr., Esq. Nolan, Plumhoff & Williams, Chtd. Ste 700 Nottingham Centre 502 Washington Avenue Towson, MD 21204 | | | | | | | | Notice Only |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Stephen Samuels 5602 Baltimore National Pike Suite 301 Catonsville, MD 21228 | | J | | | | | | 0.00 |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Stephen Vacendak 1703 Berwickshire Circle Raleigh, NC 27615 | | J | | | | | | 0.00 |

Sheet no. __54__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

500,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**        Case No. ___**11-19693**___
**Melanie Carole Azar**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Bondholder of Empire Corporation no liability admitted | | | | |
| Sterne, Agee & Leach, Inc. 813 Shades Creek Pkwy Suite 100B Birmingham, AL 35209 | | J | | | | | 0.00 |
| Account No. | | | Bondholder of Empire Corporation no liability admitted | | | | |
| Steven J. Lindemann 395 Larimore Valley Drive Wildwood, MO 63005 | | J | | | | | 0.00 |
| Account No. | | | Collection Account - Ohio Casualty Insurance | | | | |
| Stuart Allan & Assoc., Inc. 5447 E. 5th Street Suite 110 Tucson, AZ 85711 | | H | | | | | 92,573.00 |
| Account No. | | | Stockholder of Empire Corporation no liability admitted | | | | |
| Stuart Hyatt 1100 37th Street Bellingham, WA 98226 | | J | | | | | 0.00 |
| Account No. | | | Personal Guarantee | | | | |
| Sun Trust Bank 303 Peachtree Street NE Atlanta, GA 30302 | | H | | | | | 8,300,000.00 |

Sheet no. __55__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          8,392,573.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**
　　　**Melanie Carole Azar**

　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　Debtors

Case No. ___**11-19693**_____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **T. Wyatt Medicus** <br>**242 Finnegan Drive** <br>**Millersville, MD 21108** | | J | | Stockholder of Empire Corporation no liability admitted | | | | <br><br>0.00 |
| Account No. <br><br> **Teddis Beasley** <br>**411 North New River Drive East** <br>**Apt. 1204** <br>**Fort Lauderdale, FL 33301** | | H | | Business Partner/Member | | | | <br><br>1.00 |
| Account No. <br><br> **The Barry Gross Rev. Trust** <br>**15 Mary Hill Court** <br>**Owings Mills, MD 21117** | | J | | Bondholder of Empire Corporation no liability admitted | | | | <br><br>0.00 |
| Account No. <br><br> **Theodore Siomporas** <br>**1820 Rawlings Place** <br>**Crofton, MD 21114** | | J | | Stockholder of Empire Corporation no liability admitted | | | | <br><br>0.00 |
| Account No. <br><br> **Theresa Tydings** <br>**4872 Soloman's Island Road** <br>**Harwood, MD 20776** | | J | | Bondholder of Empire Corporation no liability admitted | | | | <br><br>0.00 |

Sheet no. __**56**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Wilfred T. Azar, III,__                                          Case No. ___11-19693___
          __Melanie Carole Azar__
                                                              ,
                              Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Contract/Judgment | | | | |
| Thomas I. Baldwin One Church View Road Millersville, MD 21108 | | H | | | | | | 487,500.00 |
| Account No. | | | | Representing: Thomas I. Baldwin | | | | Notice Only |
| Daniel J. Mellin, Esq. Hillman, Brown & Darrow, P.A. 221 Duke of Gloucester Street Annapolis, MD 21401 | | | | | | | | |
| Account No. | | | | Collection Account | | | | |
| United States Yacht Shows, Inc 980 Awald Road Suite 302 Grasonville, MD 21638 | | J | | | | | | 1.00 |
| Account No. | | | | Representing: United States Yacht Shows, Inc | | | | Notice Only |
| C Edward Hartman III 116 Defense Hwy. Suite 300 Annapolis, MD 21401 | | | | | | | | |
| Account No. | | | | Stockholder of Empire Corporation no liability admitted | | | | |
| V. Craig Taylor 3910 Woodbridge Road Columbus, OH 43220 | | J | | | | | | 0.00 |

Sheet no. __57__ of __60__ sheets attached to Schedule of                          Subtotal                    487,501.00
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wilfred T. Azar, III,**
**Melanie Carole Azar**

Case No. _____**11-19693**_____

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wallace & Harriette Vlassis 2407 Lake Avenue Baltimore, MD 21213** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Walter & Rhoda Nash 106 Tower Drive Stevensville, MD 21666** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Walter & Rita Boyd 1811 Landrake Road Towson, MD 21204** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Walter & Terri Lockhart 53 Tara's Trail Severna Park, MD 21148** | | J | Bondholder of Empire Corporation no liability admitted | | | | 0.00 |
| Account No. **Warren & Anne Shelley 1552 Poplar Drive Ormond Beach, FL 32174** | | J | Stockholder of Empire Corporation no liability admitted | | | | 0.00 |

Sheet no. __**58**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wilfred T. Azar, III,**
      **Melanie Carole Azar**

Case No.   **11-19693**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wilfred T. Azar III & Melanie C.Azar** <br> **215 Alynn Way** <br> **Queenstown, MD 21658** | | J | Stockholder of Empire Corporation no liability admitted | | | | **0.00** |
| Account No. <br><br> **Wilfred T. Azar, Sr. and/or Wilfred T.** <br> **Azar & Mary F. Azar Revocable Trust** <br> **200 Hospital Drive** <br> **Suite 115** <br> **Glen Burnie, MD 21061** | | H | Personal Loan | | | | **250,000.00** |
| Account No. <br><br> **Willaim Otto Kelly** <br> **12221 Etchinson Road** <br> **Ellicott City, MD 21043** | | J | Stockholder of Empire Corporation no liability admitted | | | | **0.00** |
| Account No. <br><br> **William Chambers** <br> **25 West Point Drive** <br> **Alexander City, AL 35010** | | J | Stockholder of Empire Corporation no liability admitted | | | | **0.00** |
| Account No. <br><br> **William E. Baldwin III** <br> **One Church View Road** <br> **Millersville, MD 21108** | X | H | Contract/Judgment | | | | **64,000.00** |

Sheet no. __**59**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**314,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Wilfred T. Azar, III,**                                Case No.   **11-19693**
      **Melanie Carole Azar**
_____,
                                 Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Daniel J. Mellin, Esq.** **Hillman, Brown & Darrow, P.A.** **221 Duke of Gloucester Street** **Annapolis, MD 21401** | | | **Representing:** **William E. Baldwin III** | | | | **Notice Only** |
| Account No. | | | **Stockholder of Empire Corporation no liability admitted** | | | | |
| **William Harting Jr.** **PO BOX 450** **Queenstown, MD 21658** | | J | | | | | **0.00** |
| Account No. | | | **Stockholder of Empire Corporation no liability admitted** | | | | |
| **Worthe Seymour Holt** **6325 N. Ewing** **Indianapolis, IN 46220** | | J | | | | | **0.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**60**__ of __**60**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **19,747,569.67** |