United States Bankruptcy Court
District of Maryland

In re:                                                                Case No. 11-19693-TJC
Wilfred T. Azar, III                                                  Chapter 7
Melanie Carole Azar
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0416-1        User: jmanderso        Page 1 of 7        Date Rcvd: Jan 27, 2016
                           Form ID: 318            Total Noticed: 287

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2016.
```
db          #+Melanie Carole Azar,    215 Alynn Way,   Queenstown, MD 21658-1545
db          #+Wilfred T. Azar, III,    215 Alynn Way,   Queenstown, MD 21658-1545
cr          +BMW Bank of North America,    c/o Michael J Klima, Jr.,    810 Glen Eagles Court, Suite 312,
              Baltimore, MD 21286-2223
cr          +Bank of America, National Association, Trustee,    c/o Byron L. Huffman, Esq.,
              Byron L. Huffman, P.C.,    PO 369,   Columbia, MD 21045-0369
cr          +Deutsche Bank National Trust Co,    c/o McCabe Weisberg & Conway LLC,    8101 Sandy Spring Road,
              Suite 100,   Laurel, MD 20707-3596
cr          +Donald F. Mahaney,    728 Monte Cristo Blvd,   Tierra Verde, FL 33715-2007
cr          +GSMS 2005-GG4 Elkridge Office, LLC,    c/o Matthew G. Summers, Esq.,    Ballard Spahr LLP,
              300 E. Lombard St., 18th Fl.,   Baltimore, MD 21202-3268
fa          +John K. Lyons,    Protiviti Inc.,    1 East Pratt St.,   Suite 800,   Baltimore, MD 21202-1127
sp          +Offit Kurman, P.A.,    300 E. Lombard Street, Suite 2010,   Baltimore, MD 21202-3549
cr          +Richard Basciano,    c/o 303 West 42nd Street Realty,    300 West 43rd Street,   Suite 400,
              New York, NY 10036-6404
cr          +U.S. Bank National Association, Trustee,    c/o Byron L. Huffman, Esq.,   Byron L. Huffman, P.C.,
              PO Box 369,   Columbia, MD 21045-0369
cr          +William Scott Phipps,    c/o C. Edward Hartman, III,   116 Defense Highway,   Suite 300,
              Annapolis, MD 21401-7047
26757058    +Airport North SPE, LLC,    7310 Ritchie Highway,   Suite 306,   Glen Burnie, MD 21061-3089
26757061    +American Global Yacht Group, LLC,    7310 Ritchie Highway,   Suite 306,
              Glen Burnie, MD 21061-3089
26757062    +Andrew McDonald,    11408 Foxtrot Court,   Sparks Glencoe, MD 21152-9130
26757063    +Andrew Poffel,    7825 Chelsea Street,   Towson, MD 21204-3639
26757064    +Angela Depasquale,    c/o Mark Gallo,   517 Bayberry Drive,   Severna Park, MD 21146-3642
26757065    +Angela Horsey,    517 Bayberry Drive,   Severna Park, MD 21146-3642
26757066    +Anthony & Tasia Cavas,    547 Kinsdale Road,   Lutherville Timonium, MD 21093-7425
26757068    +Bank Annapolis,    1000 Bestgate Road,   Suite 400,   Annapolis, MD 21401-3371
26757071     Bank of America,    PO BOX 45144,   Jacksonville, FL 32232-5144
26757072    +Bank of Glen Burnie,    101 SE Crain Hwy,   Glen Burnie, MD 21061-3578
26757074    +Bernard & Corrine Nusinov,    6818 Marriottsville Road,   Marriottsville, MD 21104-1005
26757075    +Beth A. Nolan,    7625 Locust grove Road,   Glen Burnie, MD 21060-8421
26757076    +Betty Brooks,    7524 Harmans Road,   Harmans, MD 21077-1535
26757077    +Bilmlan Co. Inc,    C/O Dave Kerrigan,   7411A Lindbergh Drive,   Gaithersburg, MD 20879-5416
26757079    +Brenda L. Shawley,    336 4th Avenue North,   Tierra Verde, FL 33715-1727
26757080    +Brian & Elizabeth Teipe,    437 Loblolly Way,   Grasonville, MD 21638-1068
26757083    +Bryant Gillham,    103 N. Meadow Drive,   Glen Burnie, MD 21060-7218
26757084    +Burke & Bernice Watson,    c/o Joy Ann Philippi,    7970 Brown Bridge Road,
              Highland, MD 20777-9558
26757085    +C Edward Hartman III,    116 Defense Hwy.,   Suite 300,   Annapolis, MD 21401-7047
26757086    +C. Meade Baldwin,    1781 William Road,   Millersville, MD 21108-2229
26757104    +CNL Bank,    P.O. Box 4971,   Orlando, FL 32802-4971
26757105    +CNLBANCSHARES,    450 S. Orange Avenue,   Orlando, FL 32801-3383
26757087     Cain Marital Trust,    c/o Tom Cain,   15 East Seagull Road,   Selbyville, DE 19975
26757088    +Calvin & A. Lorraine Barrigar,    713 James Road,   Glen Burnie, MD 21061-4665
26757089    +Carl Joseph Depasquale,    4763 Kittiwake Court,   Naples, FL 34119-8864
26757090    +Carl L. Hein III,    314 Sarahrose Court,   Severna Park, MD 21146-1913
26757091    +Carl L. Hein Jr.,    1912 Hidden Point Road,   Annapolis, MD 21409-6002
26757092    +Carolyn & Saralynn Trovinger,    210 Yellow Brick Court,   Abingdon, MD 21009-1552
26757093    +Carolyn Trovinger, custodian for,   Ross Kenneth Trovinger,   210 Yellow Brick Court,
              Abingdon, MD 21009-1552
26757094    +Carter Enterprises,    c/o Patrick Carter,   5319 N. Carlin Springs Road,
              Arlington, VA 22203-1308
26757095    +Charles & Eleanora Maddox,    6104 Saddlehorn Avenue,   Sarasota, FL 34243-5324
26757097    +Charles & Mary McGuire,    6418 s. Orchard Road,   Linthicum Heights, MD 21090-2629
26757098    +Charles J. Resch III,    1010 Round Bay Road,   Crownsville, MD 21032-2106
26757099    +Charles J. Resch III & Margaret Resch,    1010 Round Bay Road,   Crownsville, MD 21032-2106
26757102    +Christopher & Rebecca Endres,    207 Oak Lane SW,   Glen Burnie, MD 21061-3411
27180306    +Christopher C. Morrison, Esq.,    J. Kevin Drake, P.A.,    1432 First Street,
              Sarasota, FL 34236-5745
26757103    +Christopher F. Drummond, Esq.,    119 Lawyers Row,   Centreville, MD 21617-1011
26757106    +Colleen Ann Smardon,    4681 Dapple Court,   Ellicott City, MD 21043-6451
26757107    +Commerce First Bank,    Lynn T. Krause, Esquire,   196 Duke of Gloucester Street,
              Annapolis, MD 21401-2515
26757108    +Comptroller of Treasury,    Compliance Division,   301 W. Preston Street # 409,
              Baltimore, MD 21201-2396
26757396    +Comptroller of the Treasury,    Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
26757109    +Constantine J. Padussis,    684 Wellerburn Avenue,   Severna Park, MD 21146-1426
26757110    +Constantine J. Padussis custodian for,    James Constantine Padussis,   684 Wellerburn Road,
              Severna Park, MD 21146-1426
26757120    +DB McIntyre & MP Stasiowski, M.D.'s,    Profit Sharing Plan,   1633 S. Pleasant Valley Road,
              Westminster, MD 21158-2723
```

```
26757111    +Daniel J. Mathias,   1918 Thomas Drive,    Annapolis, MD 21409-6238
26757112    +Daniel J. Mellin, Esq.,    Hillman, Brown & Darrow, P.A.,    221 Duke of Gloucester Street,
              Annapolis, MD 21401-2500
26757118    +David P. Clifford,   1588 Eaton Way,    Annapolis, MD 21401-6430
26757115    +David and Madeleine Peltz,   1648 Foolish Pleasure Court,    Annapolis, MD 21409-5626
26757119    +Dawn M. Goad,   126 Cedar Hill Road,    Brooklyn, MD 21225-3904
26757121    +Dengler Childrens Trust,    Diane M. McCue, Trustee,    6803 Roberts Avenue,
              Baltimore, MD 21222-1124
26757122    +Dennis & Pamela buchman,   10 Hambleton Court,    Baltimore, MD 21208-3309
26757123    +Dennis & Pamela buchman trustees for,    Linday A. buchman,    10 Hableton Court,
              Baltimore, MD 21208-3309
26783069    +Dept. of Labor, Licensing & Regulation,    Division of Unemployment Insurance,    P.O. Box 1844,
              Baltimore, MD 21203-1844
26757126    +Donald & Helen Kennedy,   888 Willys Drive,    Arnold, MD 21012-1439
26757127    +Donald & Susan Wenrich,   5006 S. 173rd Circle,    Omaha, NE 68135-1415
26757128    +Donald F. Mahaney,   10034 Yacht Club Drive S.,    St. Petersburg FL 33706-3102
26757129    +Donald Reed,   128 Gambrills Road,    Severn, MD 21144-3509
26757132    +Donna L. Baldwin custodian for,    Daniel E. Baldwin,    1278 Robert Road,
              Crownsville, MD 21032-1914
26757133    +Donna L. Baldwin custodian for,    David L. Baldwin,    1278 Robert Road,
              Crownsville, MD 21032-1914
26757134    +Donna L. Baldwin custodian for,    John a.Baldwin,    1278 Robert Road,
              Crownsville, MD 21032-1914
26757136    +Donna L. Baldwin custodian for,    Robert C. Baldwin Jr.,    1278 Robert Road,
              Crownsville, MD 21032-1914
26757137    +Donna L. Baldwin custodian for,    Steven E. Baldwin,    1278 Robert Road,
              Crownsville, MD 21032-1914
26757138    +Dorothy L. Hein,   1912 Hidden Point Road,    Annapolis, MD 21409-6002
26757139    +Dorothy Teipe,   5009 Tulip Avenue,    Relay, MD 21227-4952
26757140    +Douglas & Marjorie Smith,   1750 Aynsley Way,    Vero Beach, FL 32966-8294
26757141     Dr. G.S. Linsao,   302 Hammonds Ferry Road,    Linthicum Heights, MD 21090
26757143    +Earle S. Nash,   106 Tower Drive,    Stevensville, MD 21666-3932
26757144    +Edward & Sara Bramble,   615 Old Stage Road,    Glen Burnie, MD 21061-4526
26757145     Edward & Victoria Pitsinger,   INVALID ADDRESS PROVIDED
26757146    +Edward W. Brady, Esq.,    Fratus Brady, LLC,    721 Melvin Avenue,    Annapolis, MD 21401-1510
26757147    +Edward Watson,   1803 Falstaff Court,    Bel Air, MD 21015-1568
26757148    +Elizabeth, Richard, & Deitra Wengert,    113 Fourth Avenue SE,    Glen Burnie, MD 21061-3613
26757149    +Elsie L. Woelper, custodian for,    Lisa Ann Woelper,    5153 Mountain Road,
              Pasadena, MD 21122-6207
26757150    +Elsie L. Woelper, custodian for,    Mark Joseph Woelper,    5153 Mountain Road,
              Pasadena, MD 21122-6207
26757153    +Empire Investments, LLC,   7310 Ritchie Highway,    Suite 306,    Glen Burnie, MD 21061-3089
26757152    +Empire Investments, LLC,   7310 Ritchie Hwy,    Suite 306,    Glen Burnie, MD 21061-3089
26757154    +Empire Management Services, LLC,    7310 Ritchie Highway,    Suite 306,
              Glen Burnie, MD 21061-3089
26757155    +Ernest & Jeannine Summers,   10 Linda Lane,    Millersville, MD 21108-2114
26757159    +Fouad Abbas,   1602 Greenspring Avenue,    Lutherville Timonium, MD 21093-4906
26757160    +Frances B. Holt,   200 Lisa Lane,    Glen Burnie, MD 21060-7707
26757163     Fred A. Weiss, custodian for,    Frederick Christian Weiss,    1148 Gypsy Lane East,
              Towson, MD 21204
26757164    +Freda Singer-Gimpel,   1231 Lincoln Street,    Hollywood, FL 33019-1048
26757165    +Frederick Mackler,   2213 Cavesdale Road,    Owings Mills, MD 21117-2302
27168760    +G. Scott Griffin,    Alan W. Bernstein, Esquire,    900 Bestgate Road, Suite 200,
              Annapolis, Maryland 21401-7920
26783070    +GSMS 2005-GG4 Elkridge Office,LLC,    c/o Matthew G. Summers, Esq.,    Ballard Spahr, LLP,
              919 North Market Street,    11th Floor,    Wilmington, DE 19801-3062
26757167    +Gary & Greg Greco,   712 Baylor Road,    Glen Burnie, MD 21061-4664
26757168    +Gary L. Holt,   14 Margaret Drive,    Pasadena, MD 21122-2153
26757169    +Gary Prevatt,   1405 Wooden Branch Court,    Bel Air, MD 21014-1938
26757170     George & Lavell Rountree,   Route 1,    Rentz, GA 31075
26757172    +George Etzel,   309 Bowline court,    Severna Park, MD 21146-3300
26757174    +George McNamara,   180 Heyers Mill Road,    Colts Neck, NJ 07722-2202
27281452    +George and Dawn McNamara,    Fox Rothschild LLP,    c/o Samuel H. Israel,
              2000 Market Street - Twentieth Floor,    Philadelphia, PA 19103-3294
26757175    +Gerald Sears,   784 Ficus Drive,    Columbus, OH 43085-4861
26757176    +Gilbert & Doris Saunders,   414 Cleveland Road,    Linthicum Heights, MD 21090-2802
26757177    +Giordano Fund,   c/o Joe Giordano,    2530 Riva Rd.,    Suite 312,   Annapolis, MD 21401-7414
26757178     Great American Life Ins. Co./Bay Bridge Marina,    c/o Kenneth F. Davies, Esq.,
              Wright, Constable & Skeen, LLP,    100 N. Charles St., 16th Floor,    Baltimore, MD 21201-3812
26757179    +Gregory Krause,   PO BOX 3304,    Annapolis, MD 21403-0304
27253395    +Gregory S. Krause,   13181 72nd Terrace North,    Seminole, FL 33776-4216
26757181    +Harry & Hilda McDonaldson,   18402 95th Avenue,    Sun City, AZ 85373-1717
26757182    +Hein Bros. Inc.,    Profit Sharing Plan,    PO BOX 666,    Glen Burnie, MD 21060-0666
26757183    +Henry & Bettye Grantham,   724 James Road,    Glen Burnie, MD 21061-4658
26757184     Herta Weiss,   1148 Gypsy Lane East,    Towson, MD 21204
26783071    #Home Depot Credit Services,    PO BOX 183175,    Columbus, OH 43218-3175
26757187    +Howard J. Kline,   12929 Long Green Pike,    Hydes, MD 21082-9509
26757191    +Israel & Adela Gruzin,   6501 Deancroft Road,    Baltimore, MD 21209-3301
27269503    +Israel Gruzin an Adela Gruzin,    C/O Sheldon H. Levitt, Esquire,    400 Redland Court, Ste. 212,
              Owings Mills, Maryland 21117-3292
```

```
26757192   +J. Kevin Drake, P.A.,   1432 First Street,   Sarasota, FL 34236-5745
26757195   +James Millikan & Elsa Verrill,   1315 Broad Street,   New Castle, IN 47362-4204
26757196   +James Reid,   20 Thompson Court,   Annapolis, MD 21401-2806
26757197    James Walker,   305 Love Point Road,   Stevensville, MD 21666
26757198   +Jane Carr,   204 Severn River Road,   Severna Park, MD 21146-4638
26757199   +Janice Doyle,   345 Steedman Point,   Pasadena, MD 21122-5121
26757200   +Janice Weston Klein & John Weston,   4678 Frontenac Park Court,   Fremont, CA 94538-4036
26757201   +Jean Singer,   3800 Hillcrest Drive,   Apt. 421,   Hollywood, FL 33021-7937
27157031   +Jeffrev Druek-Outer Reef Yachts. Inc,   PO BOX 1024,   East Quogue NY 11942-1024
26757202   +Jeffrey & Diane Druek,   4 Sunset Avenue,   East Quogue, NY 11942-4200
26757203   +Jeffrey Druek & Dianne Druek,   4 Sunset Avenue,   East Quogue, NY 11942-4200
26757204   +Jerald R. Cureton & Joni Powell,   110 Carriage House Lane,   Riverton, NJ 08077-1118
26757205   +Jo Anne Hoffman,   231 Mill Church Road,   Arnold, MD 21012-1066
26757206   +Joe Lane Jacobs & Betty Jacobs,   1422 Crain Highway South,   Glen Burnie, MD 21061-4027
26757207   +Joel C. Richmond,   Equitable Building Suite 522,   10 N. Calvert Street,
             Baltimore, MD 21202-3346
26757208   +John & Doris Ryder,   485 Maple Road,   Severna Park, MD 21146-3324
26757209    John & Linda Maktos,   1005 Old columbia Road,   Suite M150,   Columbia, MD 21046
26757211   +John F. Dietz,   211 Willow Valley Square,   Apt. B-209,   Lancaster, PA 17602-4861
26757212   +John Mackley,   PO BOX 194,   Severna Park, MD 21146-0194
26757213   +John Marshall Reid,   2200 Monkton road,   Monkton, MD 21111-1640
27287898   +John R. Mackley,   550M Ritchie Hwy., #195,   Severna Park, MD 21146-2953
26757214   +John T. & Ruth A. Baldwin,   One Church View Road,   Millersville, MD 21108-2203
26757217   +Joseph & Beatrice Wilner,   8412 charlton Road,   Randallstown, MD 21133-4622
26757218   +Joseph & Cathleen anthony,   1215 Farmview Road,   Pasadena, MD 21122-2440
26757219   +Joseph & Jean Singer,   3800 Hillcrest Drive,   Apt 421,   Hollywood, FL 33021-7937
26757220   +Joseph King Meads Jr.,   8617 richmond circle,   Parkville, MD 21234-3036
26757221   +Joseph Singer,   3800 Hillcrest Drive,   Apt. 421,   Hollywood, FL 33021-7937
26757222   +Joyce L. Mackley,   550M Ritchie Hwy., #195,   Severna Park, MD 21146-2953
27287894   +Joyce L. Mackley and Sharon M. Pumphrey,   550M Ritchie Hwy., #195,
             Severna Park, MD 21146-2953
26757223   +Joyce Mackley & Sharon Pumphrey,   508 Center Drive,   Severna Park, MD 21146-2604
26757224   +June Charlotte Hock,   738 Pine Trail,   Arnold, MD 21012-1630
26757225   +Kampmann Family Trust,   c/o Mel Kampmann,   4 Gary Avenue,   Rehoboth Beach, DE 19971-9604
26757226   +Karen Musselman,   734 Lake Path,   Crownsville, MD 21032-1721
27262366   +Kathleen S Klepacki,   2006 Stevens Dr.,   Chester, MD 21619-2248
26757228   +Kenneth Bohdal,   563 Broadwater Road,   Arnold, MD 21012-1459
26757230   +Kevin Butler,   8070 Wolsey Court,   Pasadena, MD 21122-6442
26757232   +Lawrence J. Cate,   968 St. John Drive,   Annapolis, MD 21409-4755
26757233   +Legg Mason Wood Walker, Inc.,   PO BOX 1476,   Baltimore, MD 21203-1476
26757234   +Leo & Lysbeth Courtney,   690 Twekesbury Lane,   Severna Park, MD 21146-3537
26757235   +Leon & Judith Nahmias,   166-48 25th Avenue,   Whitestone, NY 11357-4060
26757236   +Leon Nahmias,   166-48 25th Avenue,   Whitestone, NY 11357-4060
26757237   +Leroy & SarahPrevatt,   3436 Yardley Drive,   Dundalk, MD 21222-5935
26757238   +Leroy Taylor,   PO BOX 710,   Glen Burnie, MD 21060
26757239   +Liberty Surety First,   9450 Seward Road,   Fairfield, OH 45014-5412
26757240   +Linda & Sean Funderburk,   108 Silverloch court,   Millersville, MD 21108-2579
26757241   +Linda Dugan,   4 Hidden Lake court,   Berlin, MD 21811-1256
26757242   +Linell Gold,   3410 Woodvalley Drive,   Pikesville, MD 21208-1862
26757244   +Madeline C. McGurk Trust,   c/o Michael B. McGurk Sr.,   15 Sonneborn Lane,
             Severna Park, MD 21146-4803
26757246   +Marion H. Holt,   200 Lisa Lane,   Glen Burnie, MD 21060-7707
26757247   +Marion H. Holt, Jr,   PO BOX 319,   Millersville, MD 21108-0319
26757249   +Mark Etzel,   753 Trenton Avenue,   Severna Park, MD 21146-3917
26757250   +Marsha & Robert Kermish,   126 Ready Road,   Walnut Creek, CA 94598-2329
26757251   #+Martin Vogelhut,   The Residences at the Colonnade,   3801 Canterbury Road,   Suite 409,
             Baltimore, MD 21218-2371
26757252   +Mary Frances Sherman, custodian for,   Mary Elizabeth Sherman,   114 Azar Acres Lane,
             Queenstown, MD 21658-1100
26757253   +Mary Rose Hoffman,   231 Mill Church Road,   Arnold, MD 21012-1066
26757254   +Meade & Carolyn Baldwin,   One Church View Road,   Millersville, MD 21108-2203
26757256   +Melvyn J. Weinstock, Esq.,   Weinstock, Freidman & Freidman, P.A.,   4 Reservoir Circle,
             Pikesville, MD 21208-7301
26757257   +Merrill Long, Jr.,   PO BOX 409,   North Waterboro, ME 04061-0409
26757258    Michael & Joan Stipetic,   20 Cusack Road #30,   Hampton, NH 03842
26757259   +Michael & Margaret Fedor,   9563 Forest Hills Circle,   Sarasota, FL 34238-5812
26757260   +Michael B. McGurk, Jr. Trust,   c/o Michael B. McGurk Sr.,   15 Sonneborn Lane,
             Severna Park, MD 21146-4803
26757263   +Michele L. Maloney,   3438 Old Crown Drive,   Pasadena, MD 21122-6408
27189056   +Milton R. Watkowski,   386 Worth Dr,   SEvern Park MD 21146
26757264    Milton Watkowski,   390 North Drive,   Severna Park, MD 21146
26757265   +Mirar Harting,   218 N. Charles Street,   Apt. #2103,   Baltimore, MD 21201-4026
26757267   +Nadine Rogers,   5218 Kerger Road,   Ellicott City, MD 21043-7012
26757268   +Norman & Sondra Benney,   7 Rises Court,   Cockeysville, MD 21030-1622
26757270   +Northwest Savings Bank,   100 Liberty St.,   PO BOX 788,   Warren, PA 16365-0788
26757271   +Offshore Performance, LLC,   225 Hess Road,   Grasonville, MD 21638-1216
26757274   +Paige Davis,   7310 Ritchie Hwy.,   Suite 800,   Glen Burnie, MD 21061-3295
26757275   +Patricia Padussis,   684 Wellerburn Avenue,   Severna Park, MD 21146-1426
26757276   +Patricia Vacendak,   66 Stonewall Way,   Durham, NC 27704-1784
26757278   +Paul Thieberger,   5201 Easton Drive,   Springfield, VA 22151-3010
```

```
27180265   +Pediatric Centers,   c/o J. Kevin Drake P.A.,   1432 First Street,   Sarasota FL 34236-5745
26757279    Pepper Hamilton, LLP,   Attn: John E. Pooler, Jr.,   3000 Two Logan Square,
             18th and Arch Streets,   Philadelphia, PA 19103
26757280    Peter S. Russ,   One Oxford Centre,   301 Grant Street, 20th Floor,   Pittsburgh, PA 15219-1410
26757282   +Philip Patz,   1418 Belvedere Street,   Baltimore, MD 21202-3916
26757283   +Phyllis Wenczkowski,   960 Fell Street,   Unit 615,   Baltimore, MD 21231-3547
26757284   +Phyllis Williams,   965 Indian Landing Road,   Millersville, MD 21108-2136
27755535   +Pumpelly Capital Investments, Inc.,   8214 Lazy Point Lane,   Mason Neck, VA 22079-3505
26757285   +Quaterfield-100, LLC,   2661 Riva Road,   Suite 220,   Annapolis, MD 21401-7364
26757394   +Queen Anne's County Finance Office,   Attn: Real Estate Tax Department,   107 N. Liberty Street,
             Centreville, MD 21617-1048
26757289   +RBC Dain Rauscher, Inc.,   510 Marquette Avenue South,   PO BOX 1510,
             Minneapolis, MN 55440-1510
26757286   +Ralph & Brenda Henry,   12697 Folly Quarter Road,   Ellicott City, MD 21042-1276
26757287   +Randall L. Van Allen,   46683 Cavendish Square,   Potomac Falls, VA 20165-4324
26757288   #+Raymond James & Associates,   880 Carillon Pkwy,   PO BOXD 12749,
             Saint Petersburg, FL 33733-2749
26757290   +Richard & Deitra Wengert,   113 Fourth Avenue SE,   Glen Burnie, MD 21061-3613
26757291   +Richard & Elizabeth Lazenby,   2033 Homewood Road,   Annapolis, MD 21409-5971
26757292   +Richard Basciano,   c/o 303 West 42nd Street Realty Company,   300 West 43rd Street,
             Suite 400,   New York, NY 10036-6404
26757293   +Richard Krause,   PO BOX 3304,   Annapolis, MD 21403-0304
26757295   +Richard Reid,   329 Dixies Drive,   Towson, MD 21204-7003
26757296   +Richard W. Roth Jr. & Megan Q.Roth,   41 Henry Avenue,   Nottingham, MD 21236-4202
26757297   +Rick & Mary Aydlett,   2932 Vanencia Terrace,   Charlotte, NC 28211-3859
26757298   +Rihcard, Elizabeth & Richard Jr Wengert,   113 Fourth Avenue SE,   Glen Burnie, MD 21061-3613
26757299   +Rita Pumphrey, custodian for,   Jeffrey Pumphrey Jr.,   7930 Wooded Glen Court,
             Pasadena, MD 21122-2052
26757301   +Robert & Mary Ann Specht,   1804 Smizer Mill Road,   Fenton, MO 63026-2638
26757302   +Robert & Mildred Bowers,   412 Marley Station Road,   Glen Burnie, MD 21060-7715
26757304   +Robert Donovan,   PO BOX 27701,   Baltimore, MD 21285-7701
26757305   +Robert J. Hoelscher,   McCarter & English, LLP,   BNY Mellon Center,
             1735 Market Street Suite 700,   Philadelphia, PA 19103-7518
26757306   +Robert Krause,   PO BOX 3304,   Annapolis, MD 21403-0304
26757307   +Robert L. Hanley, Jr., Esq.,   Nolan, Plumhoff & Williams, Chtd.,   Ste 700 Nottingham Centre,
             502 Washington Avenue,   Towson, MD 21204-4516
26757309   +Roland & Donna Woelper Jr.,   527 Sylvan Way,   Pasadena, MD 21122-5531
26757310   +Roland & Elsie L. Woelper,   5153 Mountain Road,   Pasadena, MD 21122-6207
26757311   +Ronald Pitsinger,   356 Gatewater Court,   Apt. 101,   Glen Burnie, MD 21060-7158
26757312   +Ronald Raymond Dermota, Sr.,   106 Broadview Boulevard N.,   Glen Burnie, MD 21061-2602
27292423   +Rose C. T-Lory,   PO Box 3304,   Annapolis MD 21403-0304
26757313   #+Rose Flory,   PO BOX 3304,   Annapolis, MD 21403-0304
26757314   +Rose Padussis,   1906 Hidden Point Road,   Annapolis, MD 21409-6002
26757315   +Rose Padussis & Lanelle Fisher,,   custodians for Louis Gregory Fisher,   205 Kathleen Avenue,
             Severna Park, MD 21146-3205
26757316   +Roy & Naomi Staup,   6 Senate Drive,   Pasadena, MD 21122-5512
26757317   +Roy Max Clark,   207 Waxhow Drive,   Durham, NC 27712-9151
26757319   +S&F, LLC,   2213 Cavesdale Road,   Owings Mills, MD 21117-2302
26757321   +Samuel Adams,   1229 silverthorne Road,   Baltimore, MD 21239-3434
26757322   +Sandra Bromble & Anita McCurley,   304 Charter Oak Avenue,   Baltimore, MD 21212-4406
27296079   +Sandra L. Bromble & Anita C. McCurley,   121 Kyfields,   Weaverville, NC 28787-9469
26757323   #+Sarah Vogelhut,   The Residences at the Colonnade,   3801 Canterbury Road,   Suite 409,
             Baltimore, MD 21218-2371
26757325   +Sharon M. Pumphrey,   550M Ritchie Hwy., #195,   Severna Park, MD 21146-2953
26757326   +Sharyn Singer,   167B Coggeshall Avenue,   Newport, RI 02840-4251
26757327   +Sheryl L. Powers,   11831 Sherbourne Drive,   Lutherville Timonium, MD 21093-1823
26757328   +St. John Properties, Inc.,   c/o Robert L. Hanley, Jr., Esquire,
             Nolan, Plumhoff & Williams, Chtd.,   502 Washington Avenue, Suite 700,
             Towson, Maryland 21204-4517
26757329   +Stanley J. Klos, Jr., Esq.,   Klos, Lourie & Leahy, P.A.,   2007 Tidewater Colony Drive #2B,
             Annapolis, MD 21401-2146
26757395   +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
             Baltimore, MD 21201-2225
26757330   +Stephen F. White, Esq.,   100 N. Charles Street,   Floor 16,   Baltimore, MD 21201-3805
26757331   +Stephen Mackler,   2213 Cavesdale Road,   Owings Mills, MD 21117-2302
26757332   +Stephen Samuels,   5602 Baltimore National Pike,   Suite 301,   Catonsville, MD 21228-1410
26757333   +Stephen Vacendak,   1703 Berwickshire Circle,   Raleigh, NC 27615-3704
26757334   +Sterne, Agee & Leach, Inc.,   813 Shades Creek Pkwy,   Suite 100B,   Birmingham, AL 35209-4459
26783072   +Stuart Allan & Assoc., Inc.,   5447 E. 5th Street,   Suite 110,   Tucson, AZ 85711-2345
26757336   +Stuart Hight,   1100 37th Street,   Bellingham, WA 98229-3132
26757337   +Sun Trust Bank,   303 Peachtree Street NE,   Atlanta, GA 30308-3201
26757339   +Teddis Beasley,   411 North New River Drive East,   Apt. 1204,   Fort Lauderdale, FL 33301-3180
26757340   +The Barry Gross Rev. Trust,   15 Mary Hill Court,   Owings Mills, MD 21117-1228
26757341   +Theodore Siomporas,   1820 Rawlings Place,   Crofton, MD 21114-2205
26757342   +Theresa Tydings,   4872 Soloman's Island Road,   Harwood, MD 20776-9451
26757343   +Thomas I. Baldwin,   One Church View Road,   Millersville, MD 21108-2203
27272550   +Timothy and Linda Nengel,   13515 Holly La., #A,   Ocean City, MD 21842-5886
27292321   +US Bank, National Association, Trustee   c/o Byron L. Huffman, Esq.,   Byron L. Huffman, P.C.,
             PO Box 369,   Columbia, MD 21045-0369
26757347   +Walter & Rhoda Nash,   106 Tower Drive,   Stevensville, MD 21666-3932
```

```
26757348    +Walter & Rita Boyd,   1811 Landrake Road,   Towson, MD 21204-1825
26757349    +Walter & Terri Lockhart,   53 Tara's Trail,   Severna Park, MD 21146-4179
27232029    +Wells Fargo Bank N.A.,   successor by merger to Wachovia Bank,   c/o Robert J. Hoelscher,
             McCarter & English, LLP,   1735 Market Street, Ste. 700,   Philadelphia, PA 19103-7587
26757352    +Wilfred T. Azar, Sr. and/or Wilfred T.,   Azar & Mary F. Azar Revocable Trust,
             200 Hospital Drive,   Suite 115,   Glen Burnie, MD 21061-5861
26757353    +Willaim Otto Kelly,   12221 Etchinson Road,   Ellicott City, MD 21042-1321
26757354    +William Chambers,   25 West Point Drive,   Alexander City, AL 35010-6257
27291216     William Dean Moore,   6129 Port Way,   Annapolis, MD 21403
26757355    +William E. Baldwin III,   One Church View Road,   Millersville, MD 21108-2203
27287878    #+William H. Tucker,   1621 Millersville Rd.,   Millersville, MD 21108-2119
27204657    +William Scott Phipps,   c/o C. Edward Hartman, III,   Hartman and Egeli, LLP,
             116 Defense Highway, Suite 300,   Annapolis, Maryland 21401-7047
26757357    +Worthe Seymour Holt,   6325 N. Ewing,   Indianapolis, IN 46220-4423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QJJBELLINGER.COM Jan 27 2016 20:33:00     Joseph J. Bellinger,    Offit Kurman,
             300 E. Lombard Street,   Suite 2010,   Baltimore, MD 21202-3549
cr          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 27 2016 21:39:10
             BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 201347,
             ARLINGTON, TX 76006-1347
cr           EDI: RMSC.COM Jan 27 2016 20:33:00     GE Money Bank,   c/o Recovery Management Systems Corp,
             Attn:  Ramesh Singh,   25 SE 2nd Ave, Suite 1120,   Miami, FL  33131-1605
27201639     EDI: BANKAMER2.COM Jan 27 2016 20:33:00     FIA CARD SERVICES, N.A.,   PO Box 15102,
             Wilmington, DE 19886-5102
27182178     E-mail/Text: bankruptcy@bbandt.com Jan 27 2016 20:42:37     BB&T Bankruptcy,   M/C 100-50-01-51,
             P.O. Box 1847,   Wilson, NC 27894-1847
26757073    +E-mail/Text: bankruptcy@bbandt.com Jan 27 2016 20:42:36     BB&T Bank,   P.O. Box 580050,
             Charlotte, NC 28258-0050
26757078     EDI: BMW.COM Jan 27 2016 20:33:00     BMW FINANCIAL SERVICES,   5515 Parkcenter Circle,
             Dublin, OH 43017-3584
27226044     EDI: BMW.COM Jan 27 2016 20:33:00     BMW Financial Services NA, LLC,   P.O. Box 3608,
             Dublin OH 43016
26757069    +EDI: BANKAMER2.COM Jan 27 2016 20:33:00     Bank of America,   PO BOX 17054,
             Wilmington, DE 19850-7054
26757070    +EDI: BANKAMER.COM Jan 27 2016 20:33:00     Bank of America,   PO BOX 15026,
             Wilmington, DE 19850-5026
26757101     EDI: CHASE.COM Jan 27 2016 20:33:00     Chase,   PO BOX 15298,   Wilmington, DE 19850-5298
27179270     EDI: CHASE.COM Jan 27 2016 20:33:00     Chase Bank USA, N.A.,   PO Box 15145,
             Wilmington, DE 19850-5145
26757124     EDI: DISCOVER.COM Jan 27 2016 20:33:00     Discover Financial Services,   P.O. Box 15316,
             Wilmington, DE 19850
27145996     EDI: DISCOVER.COM Jan 27 2016 20:33:00     Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
26757188    +EDI: HFC.COM Jan 27 2016 20:33:00     HRSI C/E,   PO BOX 5253,   Carol Stream, IL 60197-5253
26757189    +EDI: HFC.COM Jan 27 2016 20:33:00     HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
26757190     EDI: IRS.COM Jan 27 2016 20:33:00     Internal Revenue Service,   Special Procedures Branch,
             Bankruptcy Section, Room 1120,   31 Hopkins Plaza,   Baltimore, MD 21201
27265172    +E-mail/Text: ajpaltell@msn.com Jan 27 2016 20:42:24     Kathleen Klepacki,
             c/o Allen J. Paltell, Jr.,   7 King Charles Place,   Annapolis, MD 21401-2622
26757231    +E-mail/Text: inbound_collections@keybank.com Jan 27 2016 20:43:03     Key Bank,
             4900 Tiedman Road,   Cleveland, OH 44144-2338
26757272     E-mail/Text: EBN_Notifications@OWB.com Jan 27 2016 20:42:49     OneWest Bank,
             6900 Beatrice Drive,   Kalamazoo, MI 49009-9559
                                                                                    TOTAL: 20


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26757057     ACD Development, LLC,   INVALID ADDRESS PROVIDED
26757059     Alan W. Bernstein, Esq.,   INVALID ADDRESS PROVIDED
26757060     American Express,   INVALID ADDRESS PROVIDED
26757067     Anthony Iannatuono,   INVALID ADDRESS PROVIDED
26757082     Brunswick Corporation,   Mercury Marine,   PO BOX 1939
26757100     Charlynee Weston,   INVALID ADDRESS PROVIDED
26757125     Dolores Button,   INVALID ADDRESS PROVIDED
26757130     Donna Jean Hennessey,   INVALID ADDRESS PROVIDED
26757131     Donna L. Baldwin custodian for,   INVALID ADDRESS PROVIDED
26757135     Donna L. Baldwin custodian for,   INVALID ADDRESS PROVIDED
26757142     Earle L. Nash,   INVALID ADDRESS PROVIDED
26757156     Evelyn Weiss,   INVALID ADDRESS PROVIDED
26757158     Evon Azar,   INVALID ADDRESS PROVIDED
26757161     Frances Del Buono,   INVALID ADDRESS PROVIDED
26757162     Frances Mackabee,   INVALID ADDRESS PROVIDED
26757171     George Coutros,   INVALID ADDRESS PROVIDED
26757185     Hope Ann Meads,   INVALID ADDRESS PROVIDED
26757193     Jacqueline & Howard Laskey,   INVALID ADDRESS PROVIDED
26757194     James & Dale Elling,   INVALID ADDRESS PROVIDED
26757210     John Charles & Mary Katherine Schilling,   INVALID ADDRESS PROVIDED
26757216     Jose & Myrtle Ronguillo,   INVALID ADDRESS PROVIDED
26757229     Kenneth Gale & Isabelle Miller,   INVALID ADDRESS PROVIDED
26757243     Louis & Lee Wilner,   INVALID ADDRESS PROVIDED
```

```
District/off: 0416-1        User: jmanderso        Page 6 of 7        Date Rcvd: Jan 27, 2016
                           Form ID: 318            Total Noticed: 287
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
26757245       Marie Johnson,    INVALID ADDRESS PROVIDED
26757248       Mark & Angela Gallo,    INVALID ADDRESS PROVIDED
26757255       Melenize Graves,    INVALID ADDRESS PROVIDED
26757261       Michael Erin Busch,    INVALID ADDRESS PROVIDED
26757273       Orville & Dorothy Ekanger,    INVALID ADDRESS PROVIDED
26757277       Paul Chamberlin,    INVALID ADDRESS PROVIDED
26757281       Philip Nicolosi,    INVALID ADDRESS PROVIDED
26757294       Richard Lee Greenberg,    INVALID ADDRESS PROVIDED
26757303       Robert C. Baldwin,    INVALID ADDRESS PROVIDED
26757308       Rodney B. Holt,    INVALID ADDRESS PROVIDED
26757318       Ruth E. Klohr,    INVALID ADDRESS PROVIDED
26757320       Sam & Salvatore Miraglia,    INVALID ADDRESS PROVIDED
26757338       T. Wyatt Medicus,    (INVALID ADDRESS)
26757344       United States Yacht Shows, Inc,    INVALID ADDRESS PROVIDED
26757345       V. Craig Taylor,    INVALID ADDRESS PROVIDED
26757346       Wallace & Harriette Vlassis,    INVALID ADDRESS PROVIDED
26757356       William Harting Jr.,    INVALID ADDRESS PROVIDED
aty*          +Joseph J. Kelleher,    300 E. Lombard Street,    Suite 2010,
                Baltimore, MD 21202-3549
cr*           +Carter Enterprises,    c/o Patrick Carter,    5319 N. Carlin Springs Rd.,
                Arlington, VA 22203-1308
cr*           +G. Scott Griffin,    10 Pine Manor Drive,    Annapolis, MD 21403-1685
acc*          +John K. Lyons,    Protiviti Inc.,    1 East Pratt St.,    Suite 800,    Baltimore, MD 21202-1127
cr*           +Pumpelly Capital Investments, Incorporated,    8214 Lazy Point Lane,    Mason Neck, VA 22079-3505
26833463*     +G. Scott Griffin,    10 Pine Manor Drive,    Annapolis, MD 21403-1685
27262368*     +Kathleen S Klepacki,    2006 Stevens Dr,    Chester, MD 21619-2248
27887346*     +Pumpelly Capital Investments, Inc.,    8214 Lazy Point Lane,    Mason Neck, VA 22079-3505
26757081     ##+Brightsie Stroud,    700 Carlisle Drive,    Arnold, MD 21012-1609
26757096     ##+Charles & Lorelle Lindeman,    1073 Torchwood Drive,    Deland, FL 32724-9400
26757113     ##+David & Kim Azar,    117 Grason Vista Drive,    Queenstown, MD 21658-1140
26757114     ##+David & Kimberly Azar,    117 Grason vista Drive,    Queenstown, MD 21658-1140
26757116     ##+David Azar custodian for,    Amanda Jane Azar,    117 Grason vista Drive,
                Queenstown, MD 21658-1140
26757117     ##+David C. Nolan,    351 Street Circle,    Forest Hill, MD 21050-3070
26757151     ##+Empire Corporation,    7310 Ritchie Highway,    Suite 306,    Glen Burnie, MD 21061-3089
26757157     ##+Everett & Mary Ann Barton,    1408 F Joppa Forest Drive,    Joppa, MD 21085-3426
26757166     ##+G. Scott Griffin,    10 Pine Manor Drive,    Annapolis, MD 21403-1685
26757173     ##+George H. Saltz III,    1734 Q Street NW,    Apt. #1,    Washington, DC 20009-7211
26757180     ##+Harold & Catherine Shriver,    11130 Baker Road,    Keymar, MD 21757-8126
26757186     ##+Howard Hopkins,    10505 Cedarville Road,    Lot 1-4,    Brandywine, MD 20613-7801
26757215     ##+Johnny & Mary Grindstaff,    229 Ft. Howell Drive,    Hilton Head Island, SC 29926-2737
26757227     ##+Kathleen Klepacki,    141 North Lake Drive,    Stevensville, MD 21666-3901
26757262     ##+Michael Sutherland,    627 Ponte Villas South,    Baltimore, MD 21230-3950
26757266     ##+Murat M. Dorkan,    646 Oak Farm Court,    Lutherville Timonium, MD 21093-7004
26757269     ##+North Arundel Management Services, LLC,    7310 Ritchie Highway,    Suite 306,
                Glen Burnie, MD 21061-3089
26757300     ##+Robert & Frances Fiehn,    877 Doris Drive,    Arnold, MD 21012-1449
26757324     ##+Shannon & Lori Smith,    302 Whistling Swan Way,    Queenstown, MD 21658-1145
27269523     ##+Steve & Anne Benny,    1704 N Main St,    MT Airy MD 21771-7426
26757335     ##+Steven J. Lindemann,    395 Larimore Valley Drive,    Wildwood, MO 63005-6228
26757340     ##+Warren & Anne Shelley,    1552 Poplar Drive,    Ormond Beach, FL 32174-3414
26757351     ##+Wilfred T. Azar III & Melanie C.Azar,    215 Alynn Way,    Queenstown, MD 21658-1545
                                                              TOTALS: 40, * 8, ## 23
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2016                                    Signature:  /s/Joseph Speetjens

District/off: 0416-1          User: jmanderso        Page 7 of 7              Date Rcvd: Jan 27, 2016
                              Form ID: 318            Total Noticed: 287

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2016 at the address(es) listed below:

          Byron L. Huffman    byron.huffman@verizon.net
          C. Edward Hartman    ed@hartmangeli.com
          Carl Anthony Maio    camaio@foxrothschild.com
          Daniel M. Press    dpress@chung-press.com,  pressdm@gmail.com
          Deborah H. Devan    dhd@nqgrg.com
          Diana C. Theologou    bankruptcymd@mwc-law.com
          Jeffrey A. Barmach    Jeffrey.A.Barmach@citi.com
          Joseph  Bellinger    jbellinger@offitkurman.com,  kconley@offitkurman.com,scuffee@offitkurman.com
          Joseph J. Bellinger    trustee@offitkurman.com,  jjbellinger@ecf.epiqsystems.com,
           bpsoras@offitkurman.com,scuffee@offitkurman.com,kconley@offitkurman.com
          Kevin M. O'Donnell    kmo@henrylaw.com,  mjh@henrylaw.com,jtm@henrylaw.com
          Matthew G. Summers    summersm@ballardspahr.com,  buhrmank@ballardspahr.com,
           kittingerj@ballardspahr.com,pellegrinoa@ballardspahr.com
          Michael J. Klima    bankruptcy@trm-h.com
          Peter J. Duhig    peter.duhig@bipc.com,  annette.dye@bipc.com
          Robert A. Siegel    Rakasiegel@aol.com
          Steven M. Sindler    steve@sindlerlaw.com,  karen@sindlerlaw.com
          Timothy F McCormack    mccormackt@ballardspahr.com,  buhrmank@ballardspahr.com,
           mcgeoghm@ballardspahr.com,cromartie@ballardspahr.com

                                                                        TOTAL: 16

Entered: January 27, 2016
Signed: January 27, 2016

**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Wilfred T. Azar III** | Social Security number or ITIN  **xxx–xx–5253** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Melanie Carole Azar** | Social Security number or ITIN  **xxx–xx–6659** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Maryland** | | |
| Case number:  **11–19693 TJC**   **Chapter:  7** | | |

## Order of Discharge

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Wilfred T. Azar III                    Melanie Carole Azar

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**